USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
YAN PING XU,                            :
                         Plaintiff,     :
                                        :    08 Civ. 11339 (DLC)
            -v-                         :
                                        :         ORDER
THE CITY OF NEW YORK s/h/a THE NEW YORK :
CITY DEPARTMENT OF HEALTH AND MENTAL    :
HYGIENE,                                :
                         Defendants.    :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

    The plaintiff has filed a motion, dated June 5, 2009, to review her personnel file. For the reasons stated on the record at the June 5 conference with the Court, it is hereby

    ORDERED that the plaintiff's June 5 motion to review her personnel file is mooted by the parties' agreement at the June 5 conference that the defendant will produce the plaintiff's personnel file by July 10.

    SO ORDERED:

Dated:    New York, New York
          June 9, 2009

                                        _____
                                               DENISE COTE
                                        United States District Judge

COPIES SENT TO:

Yan Ping Xu
12 Mallar Avenue
Bay Shore, NY 11706

Danielle Barrett
Assistant Corporation Counsel
New York City Law Department
100 Church Street
New York, NY 10007