USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/09

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
YAN PING XU,                            :
                        Plaintiff,      :
                                        :       08 Civ. 11339 (DLC)
            -v-                         :
                                        :              ORDER
THE CITY OF NEW YORK s/h/a THE NEW YORK :
CITY DEPARTMENT OF HEALTH AND MENTAL    :
HYGIENE,                                :
                        Defendants.     :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

In her third amended complaint, filed on June 26, 2009, the plaintiff names three new defendants in addition to those she had listed in her previous complaint. By letter dated July 9, 2009, and received in this Chambers on July 16, the defendants request that their time to respond to the pro se plaintiff's third amended complaint be extended from July 16 to August 21 in order to investigate the plaintiff's allegations against the three new defendants. The plaintiff does not consent to this extension. It is hereby

ORDERED that the defendants' request that their time to respond to the plaintiff's third amended complaint be extended from July 16, 2009 to August 21, 2009 is granted

SO ORDERED:

Dated:   New York, New York
         July 16, 2009

                                    _____
                                         DENISE COTE
                                    United States District Judge

COPIES SENT TO:

Yan Ping Xu
12 Mallar Avenue
Bay Shore, NY 11706

Danielle Barrett
Assistant Corporation Counsel
New York City Law Department
100 Church Street
New York, NY 10007