```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
YAN PING XU,

                    Plaintiff,                                  08-cv-11339 (AT) (RWL)

        - against -                                             ORDER

THE CITY OF NEW YORK, s/h/a THE NEW
YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE, DR. JANE
ZUCKER, DENNIS J. KING, BRENDA M.
MCINTYRE,

                    Defendants.
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12-4-19

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The schedule for Defendants' anticipated motion for summary judgment shall be as follows:

| | |
|---|---|
| Defendant to serve motion papers: | January 24, 2020 |
| Plaintiff's to serv opposition papers: | March 15, 2020 |
| Defendant's reply if any: | April 1, 2020 |

The parties shall not file any of the motion papers until April 1, 2020. On that day, Defendant, as moving party, shall file the full set of motion papers.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: December 4, 2019
       New York, New York

1

Copies transmitted this date to all counsel of record and mailed to:

Yan Ping Xu
12 Mallar Ave.
Bay Shore, NY 11706