UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
YAN PING XU,

                      Plaintiff,

     - against -

THE CITY OF NEW YORK, s/h/a THE NEW
YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE, DR. JANE
ZUCKER, DENNIS J. KING, BRENDA M.
MCINTYRE,

                      Defendants.
------------------------------------------------------------X

08-cv-11339 (AT) (RWL)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/13/2020

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiff's motion for spoliation sanctions (Dkt. 248) is denied for substantially the reasons as set forth in Defendants' response (Dkt. 249).

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: January 13, 2020
      New York, New York

Copies transmitted this date to all counsel of record and mailed to:

    Yan Ping Xu
    12 Mallar Ave.
    Bay Shore, NY 11706

1