

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/2020
```

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

Fax: (212) 356-2089
Email: ablair@law.nyc.gov

May 15, 2020

**By ECF**
Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street, Room 200
New York, NY 10007

        Re:    <u>Yan Ping Xu v. City of New York, et al.</u>,
                08-CV-11339 (AT) (RWL)
                Our No. 2009-014043

Dear Judge Torres:

        I am the Assistant Corporation Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, assigned to represent Defendants the City of New York, the New York City Department of Health and Mental Hygiene ("DOHMH"), and Brenda M. McIntyre ("McIntyre") (collectively "Defendants") in the above-captioned action. In accordance with Rule 21.7 (b) of the SDNY ECF Rules and Instructions, I respectfully request that attachment "4" of docket number 260 be permanently sealed. I make this request in order to file a redacted version of the attachment "4" with Plaintiff's birthdate and the names of her family members redacted from her deposition transcript.

        Thank you for your consideration of this matter.

Respectfully Submitted,

/s/
Amanda M. Blair

---

GRANTED in part.

The request to file the unredacted transcript of Plaintiff's deposition is justified by Rule 21.4 of the SDNY ECF Rules and Instructions to protect Plaintiff's personal information, and therefore GRANTED.

Attachment "4" of ECF No. 260 is, however, a copy of Plaintiff's complaint, *see* ECF No. 260-4, and Plaintiff's deposition transcript is instead found at ECF No. 260-6. Accordingly, the Clerk of Court is directed to change the access of ECF No. 260-4 to permit public viewing, and to limit the access of ECF No. 260-6 to the parties only.

Chambers will mail a copy of this order to Plaintiff *pro se*.

SO ORDERED.

Dated: June 10, 2020
       New York, New York

ANALISA TORRES
United States District Judge