

| | | |
|---|---|---|
| **JAMES E. JOHNSON**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **AMANDA M. BLAIR**<br>Labor & Employment Law Division<br>Phone: (212) 356-8767<br>Fax: (212) 356-2089<br>Email: ablair@law.nyc.gov |

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/2020
```

June 29, 2020

**By ECF**
Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street, Room 200
New York, NY 10007

      Re:    Yan Ping Xu v. City of New York, et al.,
              08-CV-11339 (AT) (RWL)
              Our No. 2009-014043

Dear Judge Torres:

      I am the Assistant Corporation Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, assigned to represent Defendants the City of New York, the New York City Department of Health and Mental Hygiene ("DOHMH"), and Brenda M. McIntyre ("McIntyre") (collectively "Defendants") in the above-captioned action. In accordance with rule 21.7 (b) of the SDNY ECF Rules and Instructions, I respectfully request the document at docket number 268 be permanently sealed. I make this request in order to file an amended redacted version of attachment "6" of Defendants' motion for summary judgment with Plaintiff's birthdate and the names of her family members redacted from the index of her deposition transcript.

      Thank you for your consideration of this matter.

                                Respectfully Submitted,

                                /s/
                            Amanda M. Blair

cc:    Yan Ping Xu, *pro se* (by ECF and Email)

SO ORDERED:
6/30/2020

_____
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE