```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/15/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
YAN PING XU,                                           :
                                                       :     08-cv-11339 (AT) (RWL)
                              Plaintiff,               :
                                                       :
        - against -                                    :     **ORDER**
                                                       :
THE CITY OF NEW YORK, et al.,                          :
                                                       :
                              Defendants.              :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter stating that she did not receive a copy of the Report and Recommendation ("R&R") dated December 22, 2020 (Dkt. 277). The ECF docket reflects that the R&R was mailed to Plaintiff on December 28, 2020, to her address of record. Plaintiff's letter asks for the R&R to be sent to an address that is different from her address as record. If Plaintiff's address has changed, she must file a notice of change of address on the docket. In the meantime, the Court has sent her a copy of the R&R to the address set forth in her recent letter.

                                SO ORDERED.

                                _____
                                ROBERT W. LEHRBURGER
                                UNITED STATES MAGISTRATE JUDGE

Dated: January 15, 2021
       New York, New York

Copies transmitted this date to all counsel of record and mailed to:

   Yan Ping Xu
   12 Mallar Ave.
   Bay Shore, NY 11706

1