Yan Ping Xu

12 Mallar Ave

Bay Shore, NY 11706

yp_xu2000@yahoo.com

(646)8946974


1/27/2021


**By ECF**


Honorable Judge Analisa Torres

United States District Judge

SDNY

500 Peal St.

New York, NY 10007


Re: **Xu v. NYC, et al**

   **08-CV-11339** (AT) (RWL)

Dear Honorable Torres:

   I am the pro se plaintiff in the above - captioned action.

   I respectfully request an extension of my time to object to the magistrate judge's ruling (ECF #277) from 2/1/2021 to 2/5/2021, four- days extension.

   Given more than twelve (12) years history of this case and the unusual length (81 pages) of said ruling, it is necessary for me, the pro se plaintiff, to respectfully submit my instant request

   Defendants have consented previously to my request for an extension.

   This is the third time for me to request an extension of my time.    Previously, the Court had granted in part and denied in part of my request to extend my time from 1/5/2021 to 2/8/2021. (ECF # 279).    After then, the Court granted the due day from 1/22/2012 to 2/1/2021 (ECR #283).

   I thank the Court for its consideration to this matter.


                                        Respectfully submitted

                                        Yan Ping Xu, M.S.

                                        /s/

                                        Plaintiff, Pro Se