```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __1/28/2021___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YAN PING XU,

                Plaintiff,

-against-

THE CITY OF NEW YORK s/h/a THE NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE, BRENDA M. MCINTYRE,

                Defendants.

08 Civ. 11339 (AT) (RWL)

**ORDER**

ANALISA TORRES, District Judge:

    Plaintiff's request at ECF No. 287 is GRANTED.  The Clerk of Court is directed to mail a copy of this order to Plaintiff *pro se*.

    SO ORDERED.

Dated: January 28, 2021
       New York, New York

                                                      ANALISA TORRES
                                               United States District Judge